# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Hess Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| KOKO Development LLC and Gary Olsen, | ) | |
| | ) | Case No. 1:17-cv-221 |
| Defendants. | ) | |

On November 27, 2017, the parties filed a Stipulation to Dismiss with Prejudice. The court **ADOPTS** the parties' stipulation (Doc. No. 6) and **DISMISSES** the above-captioned action with prejudice. Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated this 28th day of November, 2017.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court